Nov. Term, 1859.

EVANS
v.
DOYLE.

bodied with the note on the same piece of paper. *Coe* v. *Smith*, 1 Ind. R. 267.

Taken together, they purport to contain the complete contract of the parties. Such being the case, the law is well settled, that it cannot be varied, nor its terms added to, by parol evidence. The written contract must speak the terms of the agreement. Ind. Dig. 220, 439.—2 Phil. Ev., ed. 1859, p. 665.

Where a bill of sale of a slave contained a warranty of title, held, that a parol warranty of soundness, made at the same time, could not be proved. *Id.*, p. 667.

Exceptions to the above general rule exist, and the cases under them are cited in *Phillips, supra,* at p. 669; but the present case does not fall within them.

*Per Curiam.*—The judgment is affirmed with 3 per cent. damages and costs.

*H. Secrest* and *S. B. Gookins*, for the appellants.

*J. P. Usher*, for the appellee.

---

## EVANS *v.* DOYLE.

Saturday, December 17.

APPEAL from the *Carroll* Court of Common Pleas.

*Per Curiam.*—There being no assignment of errors in this case, it is, therefore, dismissed.

The appeal is dismissed with costs.

*A. H. Evans, H. Allen,* and *B. F. Schermerhorn*, for the appellant.